Szuch, Appellant, *v.* Glosser Bros., Inc.

Argued April 8, 1974. *H. A. Englehart, Jr.,* with him *Englehart, Creamy, Englehart & Leahey,* for appellant; *R. Thomas Strayer,* for appellee.

Judgment affirmed.

Varlotta, Appellant, *v.* Miller.

Argued April 8, 1974. *William F. Donatelli,* with him *Charles G. Notari,* for appellant; *David J. Millstein,* with him *Leonard M. Mendelson, Robert A. Nedwick,* and *Millstein and Hoehler,* for appellee.

Judgment affirmed.